UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL L. BENGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:07CV548 HEA |
| ) | |
| GARY KOTHE, ) | |
| SARAH KOTHE, ) | |
| TROY, MISSOURI, ) | |
| UNKNOWN OFFICERS, ) | |
| ALBERTO R. GONZALES, and ) | |
| MARK JAMES, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Dated this 21st day of August, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE